UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANHUI KONKA GREEN LIGHTING CO., LTD.,

                      Plaintiff,

          -v-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC.,
GEORGE GEFFEN, and DOES 1-100,

                      Defendants.

18 Civ. 12255 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's letter, Dkt. 59, and defendants' letter, Dkt. 60, concerning recent discovery disputes. If plaintiff wishes to reply to defendants' claim that it has failed to provide discovery, *see* Dkt. 60 at 2, such a reply is due by December 12, 2019. Further replies are not invited.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: December 9, 2019
         New York, New York