UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANHUI KONKA GREEN LIGHTING CO., LTD.,

                              Plaintiff,

-v-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC.,
GEORGE GEFFEN, and DOES 1-100,

                              Defendants.

18 Civ. 12255 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' renewed motion for sanctions. Dkts. 72–73. The Court did not misunderstand the relationship of the motion for sanctions to the parties' discovery disputes. As ordered in the December 20, 2019 Order, defendants may not refile its motion for sanctions until after the discovery disputes have been resolved, *i.e.*, after the parties have met and conferred by the January 8, 2020 deadline and have submitted a joint letter to the Court by the January 10, 2020 deadline. Dkt. 71. As those deadlines have not yet passed, defendants' renewed motion for sanctions is again denied without prejudice. Counsel is again reminded that the Court grants motions for sanctions only in rare circumstances.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: January 2, 2020
         New York, New York