UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANHUI KONKA GREEN LIGHTING CO., LTD.,

         Plaintiff,

     -v-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., GEORGE GEFFEN, and DOES 1-100,

         Defendants.

18 Civ. 12255 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  Defense counsel has attempted to file an amended answer with counterclaims. *See* Dkts. 63–66. These pleadings have been deficient for the reasons indicated on the docket. Defense counsel is to re-file the amended answer with counterclaims in accordance with the Clerk's office's instructions by January 10, 2020. If the amended answer is filed properly by that date, the Court will treat it as operative.

  SO ORDERED.

                 *Paul A. Engelmayer*
                 PAUL A. ENGELMAYER
                 United States District Judge

Dated: January 6, 2020
   New York, New York