UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANHUI KONKA GREEN LIGHTING CO., LTD.,<br><br>                             Plaintiff,<br><br>                    -v-<br><br>GREEN LOGIC LED ELECTRICAL SUPPLY, INC., GEORGE GEFFEN, and DOES 1-100,<br><br>                             Defendants. | 18 Civ. 12255 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' joint letter outlining the results of their recent meet and confer and the remaining discovery disputes. Dkt. 77. The Court is out the District this week, and will be beginning a criminal trial next Tuesday, January 21, 2020, that, in combination with other pressing business, will prevent the Court from turning to these disputes for some time. Accordingly, the Court intends to refer the case to the Hon. Katharine H. Parker, Magistrate Judge, for resolution of the discovery disputes. To assure consistent management of the case, the Court will, by separate order, refer the full case forthwith to Judge Parker for general pretrial management.

       SO ORDERED.

                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: January 14, 2020
       New York, New York