```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

ANHUI KONKA GREEN LIGHTING CO., LTD.

                                Plaintiff,

                -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                              Defendants.

```
----------------------------------------------------------------X
```

**ORDER**

**18-cv-12255 (MKV) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/02/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    During the show cause hearing on February 27, 2020, counsel for Defendant agreed to produce Mr. Daniel Yu as Defendant's 30(b)(6) witness. Plaintiff will depose Mr. Yu by no later than **March 31, 2020**. At the deposition, Mr. Yu must be prepared to fully and candidly answer questions about the topics listed in Plaintiff's 30(b)(6) deposition notice.

    The parties are also reminded that they have an obligation to conduct a reasonable search for responsive documents and information. To the extent the parties are unable to locate certain responsive documents and/or information, they are directed to exchange certifications to that effect by no later than **March 31, 2020**. Defendant is also directed to verify its interrogatory responses by no later than **March 31, 2020**. For other discovery rulings and directions, the parties are directed to the transcript of the conference.

    The parties are further directed to refrain from filing additional letters on the docket as conflicts arise. Instead, the parties are directed to file a <u>single joint letter</u> by no later than **April**

**6, 2020** raising any issues the parties wish to address at the next conference scheduled for **April 8, 2020 at 10:00 a.m.**

    **SO ORDERED.**

Dated: March 2, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge