# RICHARD PU, ATTORNEY AT LAW

120 E. 90TH ST., 10C
NEW YORK, NY 10128
E-MAIL: richard@newyorklitigator.com

(212) 427-3665 (o)     (212) 427-6057 (FAX)

March 5, 2020

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
 United States Courthouse
 500 Pearl St., Courtroom: 18C
 New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____3/6/2020____

Re:  ANHUI KONKA GREEN LIGHTING CO. v. GREEN LOGIC LED
     ELECTRICAL SUPPLY, 18-cv-12255 (MKV)

Dear Judge Vyskocil:

    I represent Defendant in the above-mentioned action arising
out of the purchase of lighting equipment from China.  Judge
Engelmayer issued a case management plan calling for a 3/9/20
management conference.

    However, Magistrate Parker issued an order calling for a
conference two weeks later on 3/23/19.  Thus, the requirement to
appear on 3/9/20 has been superceded.

    Both sides request that that 3/9/20 conference be cancelled.
My adversary Gabriel Ullrich especially wants to avoid the
appearing because he would have to fly in from California.

Sincerely

Richard Pu

GRANTED. The case management conference
scheduled for March 9, 2020 is adjourned sine
die.

Date:  3/6/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

1