USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                Plaintiff,                                            **ORDER**

      -against-                                                18-CV-12255 (PAE) (KHP)

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Case Management Conference scheduled for May 20, 2020 is hereby canceled. The parties shall file a joint status by no later than **May 23, 2020**, as previously directed.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
5/15/2020