UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                Plaintiff,

       -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                Defendants.

-----------------------------------------------------------------X

**ORDER**

**18-CV-12255 (MKV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of the parties' letter dated June 26, 2020.  A case management conference is hereby scheduled for **July 30, 2020 at 12:30 p.m.**  The parties shall dial: (866) 434-5269.  The access code is: 4858267.  The parties shall file a joint letter on ECF **one week prior** to the conference outlining the issues the parties wish to raise with the Court.

    SO ORDERED.

Dated: June 29, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge