UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.,   Index No. 18-CV-12255 (PAE)

      Plaintiff,   PU DECLARATION

    -against-

GREEN LOGIC LED ELECTRICAL
SUPPLY, INC., GEORGE GEFFEN,
DANIEL L. YU, and Does 1-100.

      Defendants.

-------------------------------------------------------X

    RICHARD PU, pursuant to the provisions of 28 U.S.C. §1746, declares the following under penalty of perjury:

  1. I am the attorney for Defendants herein.   I make this Declaration on the basis of personal knowledge, and submit it in support of Defendant's motion for an award of attorneys fees pursuant to 42 U.S.C. § 1927.

Time Spent on this Motion

  2.  I use a billing software called Time Slips, and bill my time at a rate of $450/hr. According to that software, I expended $6,111.00 worth of time on the instant motion, and will be billing Defendant for that amouint.   I expect to be billing more time for preparation of a reply brief in further support of this motion.

The Exhibits

3. I annex hereto:

    a. as Exhibit 1, the Court's 9/25/20 Order,

    b. as Exhibit 2, Plaintiff's 10/7/20 Proposed Third Amended Complaint.

    c. as Exhibit 3, Defendant's 10/7/20 Opposing Brief;

    d. as Exhibit 4, Plaintiff's 10/20/20 Proposed Third Amended Complaint.

    e. as Exhibit 5, General LED's Entity Information;

    f. as Exhibit 6, ECO LED's Entity Information;

    g. as Exhibit 7, my billing records showing the value of the time spent on the instant motion.

Executed: New York, NY
          October 29, 2020

                                                /s/ Richard Pu
                                               Richard Pu (RP2321)