```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                           Plaintiff,

               -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                          Defendants.

-----------------------------------------------------------------X

**ORDER**

**18-CV-12255 (MKV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic case management conference is hereby scheduled in the above-captioned action for **Tuesday January 19, 2021 at 12:30 p.m.**  Counsel for the parties are directed to call the Court's conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.

      SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge