```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                             Plaintiff,

                 -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                            Defendants.

-----------------------------------------------------------------X

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

18-CV-12255 (MKV) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Case Management Conference scheduled for Tuesday, January 19, 2021 at 12:30 p.m. is hereby rescheduled to **Tuesday, January 19, 2021 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 6, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge