```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                                  Plaintiff,

         -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                                Defendants.

------------------------------------------------------------------X

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**18-CV-12255 (MKV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Case Management Conference scheduled for Tuesday, January 19, 2021 at 4:00 p.m. is hereby rescheduled to **Tuesday, January 19, 2021 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: January 11, 2021
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge