UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                       Plaintiff,

           -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                    Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 3/8/2021
```

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**18-CV-12255 (MKV) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A telephonic Case Management Conference is scheduled to take place in this case on

**April 5, 2021 at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court

conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: March 8, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge