UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                      Plaintiff,

        -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                    Defendants.

---------------------------------------------------------------X

**ORDER**

**18-cv-12255 (MKV) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Given the Hon. Mary Kay Vyskocil's recent ruling on Plaintiff's motion to add parties (ECF No. 251), the Court hereby directs Plaintiff to file its third amended complaint consistent with that decision by no later than September 28, 2021.  Furthermore, consistent with this Court's prior order at ECF No. 248, summary judgment motions shall be due by no later than October 20, 2021.

      **SO ORDERED.**

Dated: September 21, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge