UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anhui Konka Green Lighting Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Green Logic LED Electrical Supply, Inc., General LED, NRG Technologies USA, Inc. <br><br> Defendants. | Case No.: 1:18-cv-12255-MKV_KHP <br><br> Judge Honorable Mary Kay Vyskocil <br><br> Magistrate Judge Honorable Katharine H. Parker <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Fu Mengfeng dated October 20, 2021, Plaintiff Anhui Konka Green Lighting Co., Ltd.'s Rule 56.1 Statement of Undisputed Material Facts, and all pleadings filed herein, Plaintiff Anhui Konka Green Lighting Co., Ltd. ("Plaintiff" or "Konka"), by and through its counsel, will move this Court before the Honorable May Kay Vyskocil, at a place and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 56(a) granting partial summary judgment in favor of Plaintiff Konka of its breach of contract claim and successor's liability claim in its Third Amended Complaint [ECF No. 254], dismissing the affirmative defenses and the sole remaining breach of contract claim in the Counterclaims [ECF No. 106] with prejudice, and for such other further relief as the Court may deem just and proper.

1

2

Dated: October 20, 2021                                   GLACIER LAW PLLC

By: __/s/Tianyu Ju___
Tianyu Ju
He Cheng
Tao Liu
Wei Yang

200 Park Ave, Suite 1703
New York, New York 10166
Tel.: (332) 208-8882
iris.ju@glacier.law
robin.cheng@glacier.law
tao.liu@glacier.law
wei.yang@glacier.law

***Attorneys for Plaintiff***