UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anhui Konka Green Lighting Co., Ltd., | Case No.: 1:18-cv-12255-MKV_KHP |
| Plaintiff, | Judge Honorable Mary Kay Vyskocil |
| v. | Magistrate Judge Honorable Katharine H. Parker |
| Green Logic LED Electrical Supply, Inc., General LED Corp., NRG Technologies USA, Inc. | **NOTICE OF MOTION** |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiff Anhui Konka Green Lighting Co., Ltd. ("Plaintiff" or "Konka"), by and through its undersigned counsel, will move this Court before the Honorable May Kay Vyskocil, at a place and time to be determined by the Court, for an order to dismiss Defendants' counterclaims under Federal Rule of Civil Procedure 12(b)(6), strike Defendants' affirmative defenses under Federal Rule of Civil Procedure 12(f) [ECF No. 262], and for such other further relief as the Court may deem just and proper.

1

2

Dated: November 11, 2021                                   GLACIER LAW LLP

                                                           By:   /s/Tianyu Ju
                                                           Tianyu Ju
                                                           He Cheng
                                                           Tao Liu
                                                           Wei Yang

                                                           200 Park Ave, Suite 1703
                                                           New York, New York 10166
                                                           Tel.: (332) 208-8882
                                                           iris.ju@glacier.law
                                                           robin.cheng@glacier.law
                                                           tao.liu@glacier.law
                                                           wei.yang@glacier.law

                                                           ***Attorneys for Plaintiff***