```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.

                Plaintiff,

      -against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., et al.

                Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

18-CV-12255 (LTS) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management conference in this matter is hereby scheduled for **Tuesday, October 25, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: September 28, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge