UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANHUI KONKA GREEN LIGHTING CO., LTD.,

      Plaintiff,

-against-

GREEN LOGIC LED ELECTRICAL SUPPLY, INC., GENERAL LED CORP., and NRG TECHNOLOGIES USA INC.,

      Defendants.
-------------------------------------------------------X

Index No. 18-CV-12255 (MKV)(KHP)

PU DECLARATION

RICHARD PU, pursuant to the provisions of 28 U.S.C. §1746, declares the following under penalty of perjury:

1.     I represent Defendants herein herein.  I make this Declaration on the basis of personal knowledge and submit it in support of Defendants' motions to dismiss Plaintiff's claim for fraud and its claim for punitive damages in connection with its claim for fraud.

2.     I annex hereto as Exhibit:

    a.     1, my 11/29/22 e-mail to Plaintiff's lawyer Robin Cheng;

    b.     2, Plaintiff's 10/20/21 Rule 56.1 Statement;

    c.     3, Plaintiff's Third Amended Complaint;

    d.     4, the WeChat messages between Plaintiff's Ben Liu and Defendants' Daniel Yu;

    e.     5, the Court's 9/6/22 Decision;

    f.     6, the transcript of a 10/25/22 conference herein.

For the reasons set forth in the accompanying brief and

Executed: New York, NY
        November 30, 2022

                                                          /s/   Richard Pu
                                                              Richard Pu (RP2321)