UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANHUI KONKA GREEN LIGHTING CO., LTD.,

      Plaintiff,

  -v-                                      No.  18-CV-12255-LTS-KHP

GREEN LOGIC LED ELECTRICAL
SUPPLY, INC., et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

      Counsel for Plaintiff filed a proposed stipulation of voluntary dismissal (docket entry no. 289) on December 23, 2022, which was deficient due to the use of electronic signatures by counsel for Plaintiff and Defendants.  The parties are directed to refile the proposed stipulation of voluntary dismissal using scanned or facsimile signatures.

      SO ORDERED.

Dated: January 9, 2023
      New York, New York

                                           /s/ Laura Taylor Swain

                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge