UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANHUI KONKA GREEN LIGHTING CO., LTD.,

                      Plaintiff,

-against-                                        18 **CIVIL** 12255 (LTS)(KHP)

## **JUDGMENT**

GREEN LOGIC LED ELECTRICAL SUPPLY,
INC., et al.,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2023, and the Court's Memorandum Opinion and Order dated September 6, 2022, Plaintiff's motion for partial summary judgment as to counts I and IV is granted in its entirety. Defendants' motion for summary judgment is granted as to Plaintiff's claim for quantum meruit (count III) and is otherwise denied. Plaintiff's motion to dismiss Defendants' counterclaims is granted in its entirety and Plaintiff's motion to strike Defendants' affirmative defenses is granted in part and denied in part. Defendants' motion to stay the Court's consideration of Plaintiff's motion to dismiss is denied as moot. Plaintiff is hereby awarded damages against the Defendants, jointly and severally, in respect of Plaintiff's breach of contract and successor liability claims in the amount of $1,609,963.00, plus 9% prejudgment interest on that amount from December 27, 2018, the date on which the complaint was filed in this action, in the amount of $586,732.27. The joint stipulation of dismissal, which resolves the only remaining claim, is approved; accordingly, the case is closed.

**Dated:**  New York, New York

        January 13, 2023

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                                       **Deputy Clerk**